## INDEX OF EXHIBITS

**Exhibit 1,**   Hardest Hit Homeowners Informational Sheet

**Exhibit 2**,   Demolition Management Agreement Between City of Detroit and Detroit Building Authority

**Exhibit 3,**   Detroit News Article dated November 3, 2016

**Exhibit 4**,   Residential Builder's License

**Exhibit 5**,   Turner Management Training Certificate

**Exhibit 6,**   Training Certificate for Lead and Asbestos

**Exhibit 7**,   Concrete Training Certificate

**Exhibit 8**,   Certificate for Evacuation Training

**Exhibit 9**,   Highway Construction Certificate.

**Exhibit 10,**   U.S. Congressional Certificate of Special Recognition

**Exhibit 11**,   DLBA Contracts with Plaintiffs

**Exhibit 12**,   Stop Work dated December 19, 2016

**Exhibit 13,**   Policy on Contractor Discipline dated December 22, 2016

**Exhibit 14**,   DLBA Modified Stop Work Letter February 17, 2017

**Exhibit 15,**   DLBA Suspension Letter dated May 19, 2017

**Exhibit 16**,   Contractor Suspension List

**Exhibit 17**,   Contractor Suspension List

**Exhibit 18,**   September 16, 2016, Email chain

**Exhibit 19**,   June 6, 2017, email chain

**Exhibit 20**,   Email dated May 15, 2017

**Exhibit 21,**   OIG Report dated February 1, 2017

**Exhibit 22,**   June 14, 2017, Email Chain

**Exhibit 23,**   August 1, 2017, Email from Irene Tucker

**Exhibit 24**,   September 26, 2017, Email Chain

**Exhibit 25**,   November 13, 2017, Email Chain

**Exhibit 26,**   December 11, 2017, Email chain

**Exhibit 27**,   March 5, 2018, Email chain

**Exhibit 28**,   Non Collusion Affidavit