# EXHIBIT 1

TED Home    MSHDA Home    Online Services    Contact MSHDA    MI.gov



**HOMEOWNERSHIP**

| HOMEBUYERS |
| HOMEOWNERS |

MSHDA / HOMEOWNERSHIP

# Step Forward Mortgage Assistance and Hardest Hit Blight Program

Hardest Hit Funds (HHF) are provided by the U.S. Department of the Treasury through the Emergency Economic Stabilization Act of 2008 (EESA) or Troubled Asset Relief Program (TARP) to states that have been particularly hard hit by the economic and housing market downturn that began in 2007. The Hardest Hit Fund loan program was created in 2010 to assist states with their foreclosure prevention and neighborhood stabilization efforts. Michigan has received over $761 million to operate its Hardest Hit Fund programs.

The Michigan Homeowner Assistance Nonprofit Housing Corporation (MHA) was created by the Michigan State Housing Development Authority (MSHDA) to design and oversee the distribution of the Hardest Hit Funds in Michigan.

**Blight Elimination Program**
The Hardest Hit Fund Blight Elimination Program was established by the MHA to assist Michigan communities with high vacancy rates address blighted residential properties. By working directly with local leaders to identify and demolish dilapidated abandoned homes, the program helps stabilize property values by establishing more green space or making way for future development.

**Step Forward Michigan Program**
The Step Forward Michigan Program was established by the MHA to work directly with Michigan homeowners to help them stay in their home. The program provides up to a $30,000 interest free loan to assist with mortgage, property taxes, and/or condominium association fees. Hardest Hit Funds loans are forgivable at 20% each year, as long as the property remains the homeowner's primary residence.

Homeowners can apply online at www.StepForwardMichigan.org or call 866-946-7432.

**Additional Information:**
- Step Forward Michigan
- HHF Performance Data Reporting: Blight Elimination (see complete list of U.S. Treasury reports.)

**For Servicers:**
- Servicer Contact/Wire Instructions
- Servicer Participation Agreement

- Condominium HOA Participation Agreement

### Popular

Locators

Combined Application for Rental Housing Programs

MI Home Loan

MI Home Loan Flex

### About MSHDA

About MSHDA

Press Releases

Event Calendar

Contact MSHDA

### Initiatives

Housing Choice Vouchers

Campaign to End Homelessness

StepForward

### Performance

MSHDA Scorecard

Help Us Improve Our Website

Translation Services

How to Report Fraud

How to File an ADA Complaint

### Stay Connected

Join Our Mailing List



MSHDA FOIA

MSHDA Home

State Web Sites

Office of Regulatory Reinvention

Consumer Privacy Policies and Practices

Michigan.gov Home

ADA

Michigan News

Policies

Copyright 2018 State of Michigan