# EXHIBIT 4

RICK SNYDER
GOVERNOR

N183300

# STATE OF MICHIGAN
## DEPARTMENT OF LICENSING AND REGULATORY AFFAIRS
### BUREAU OF PROFESSIONAL LICENSING

RESIDENTIAL BUILDER
LICENSE

TIMOTHY ERIC DRAKEFORD
DBA/ DIRECT CONSTRUCTION SERVICES
5741 ROOSEVELT ST
DETROIT MI 48208

| LICENSE NO. | EXPIRATION DATE | AUDIT NO | |
|---|---|---|---|
| 2101208625 | 05/31/2021 | 3299480 | THIS DOCUMENT IS DULY ISSUED UNDER THE LAWS OF THE STATE OF MICHIGAN |

---

RICK SNYDER
GOVERNOR

L740919

# STATE OF MICHIGAN
## DEPARTMENT OF LICENSING AND REGULATORY AFFAIRS
### CORPORATIONS, SECURITIES & COMMERCIAL LICENSING BUREAU

RESIDENTIAL BUILDER
LICENSE

TIMOTHY ERIC DRAKEFORD
DBA/ DIRECT CONSTRUCTION SERVICES
5741 ROOSEVELT ST
DETROIT MI 48208

| PERMANENT I.D. NO. | EXPIRATION DATE | AUDIT NO | |
|---|---|---|---|
| 2101208625 | 05/31/2018 | 2226262 | THIS DOCUMENT IS DULY ISSUED UNDER THE LAWS OF THE STATE OF MICHIGAN |

**City of Detroit**
**Buildings, Safety Engineering and Environmental Department**
402 Coleman A. Young Municipal Center
Detroit, MI 48226
313-224-3168

## Receipt

Issued to:

DIRECT CONSTRUCTION SERVICES
5741 ROOSEVELT ST
DETROIT, MI 48208

**Wrecking Contractors License Class B**

License Number LIC2015-00200
Date Issued: 4/29/2015
Expiration Date: 12/31/2015

Fee Amount:
$ 302.00



**City of Detroit**
*Buildings, Safety Engineering & Environmental Department*
*402 Coleman A. Young Municipal Center, Detroit, MI 48226*

**License Number LIC2015-00200**
Wrecking Contractors License Class B

**DIRECT CONSTRUCTION SERVICES** is duly licensed as
indicated hereon in accordance with the applicable city

Expires: 12/31/2015          *David Bell*, Building Official