# EXHIBIT 5

Turner School of Construction Management, Detroit, Michigan

## Certificate of Graduation

PRESENTED TO

# Timothy DrakeFord, P.E.

Direct Construction Services, LLC / Drake Ford Group

Given this 24th day of May 2018

David J. Kelly, Ph.D., P.E., Vice President and General Manager
Turner Construction Company

in partnership with:








Turner Community & Citizenship