# EXHIBIT 6

# INNOVATIVE TRAINING PUBLISHERS, INC.

1516 Corbett * Lansing, Michigan 48910
Phone (517) 204-0572
www.easyitp.com

## Timothy E. Drakeford

Has successfully completed a Michigan and OSHA course in accordance with the guidelines of 29 CFR 1926.62 and the MIOSHA Part 603 Lead Exposures in Construction Standard.

FOR:

### Eight (8) Hour Lead Hazard Awareness Training
for
Non-Residential and General Construction Activities

Course Date(s): July 19, 2015

*John L. Sharnetsky*
John L. Sharnetsky, Instructor

# Juneau Property Maintenance

870 Capitol Ave., Lincoln Park, Michigan 48146 (313) 383-1468

## Timothy Drakeford

xxx-xx-9765

Has successfully completed a Michigan and EPA approved course in accordance with Title II of the Toxic Substance Control Act, 40 CFR 763 (AHERA) as amended 1994, MI P.A. 440 Of 1988 as amended and 40 CFR Part 61 (NESHAP Revision).

**FOR:**

**EIGHT (8) - HOUR REFRESHER ASBESTOS ABATEMENT TRAINING FOR CONTRACTORS AND SUPERVISORS**

Course Dates: June 17, 2018

Expiration Date: June 17, 2019

Training Location: 870 Capitol Avenue, Lincoln Park, MI

Certificate Number: CSR-2018 0195

*Jim Watts*

Jim Watts, Instructor



# Certificate of Completion

**Enviroair Consultants, Inc.**

Presented To

**Timothy Drakeford**

For Successfully Completing

**CONFINED SPACE ENTRANT ATTENDANT ENTRY SUPERVISOR TRAINING**

MDEQ COURSE CODE: 632, CEUs AWARDED: 0.8

AT

Wayne County Michigan Roads Division – Bridge

On July 30, 2013

_____
Ken Willemsen, CSP, Instructor