# EXHIBIT 7

Case 2:18-cv-12356-PDB-EAS ECF No. 1-8 filed 07/30/18 PageID.54 Page 1 of 5

# MICHIGAN CONCRETE ASSOCIATION
## CERTIFICATE OF TRAINING

This is to certify that

### Timothy DrakeFord

has demonstrated knowledge and ability by successfully completing the MCA training requirements and is hereby recognized as a

## Concrete Construction Inspector

Date: 12/15/2011

_____
David Hollingsworth
Director of Technical Services/Training

Contributing Organization:
Michigan Department of Transportation

_____
Daniel M. DeGraaf, P.E.
Executive Director

# Michigan Concrete Association
## Certification Board of Examiners

*hereby certifies that on 12/15/2011*

## Timothy DrakeFord

*did, by written and performance examinations, complete the requirements for*

## Concrete Field Testing Technician Level I

*This certification expires 4/15/2015*

MCA Certification Board of Examiners

Michigan Department of Transportation
ACI – Greater Michigan Chapter
ACI – West Michigan Chapter
Alpena Community College

_____
Examiner

_____
Executive Director

_____
MCA Director of Technical Services/Training

# Michigan Concrete Association
## Certification Board of Examiners

*hereby certifies that on 12/15/2011*

# Timothy DrakeFord

*did, by written and performance examinations, complete the requirements for*

# Level II Advanced Concrete Technician

*This certification expires on 4/15/2015*

MCA Certification Board of Examiners

Michigan Department of Transportation
ACI – Greater Michigan Chapter
ACI – West Michigan Chapter
Alpena Community College

_____
Examiner

_____
Executive Director

_____
MCA Director of Technical Services/Training

# AMERICAN CONCRETE INSTITUTE

*This is to certify that*

## TIMOTHY DRAKEFORD

*has demonstrated knowledge and ability by successfully completing the ACI Certification requirements and is hereby recognized as an*

### ACI Concrete Field Testing Technician – Grade I

**Certified Date:** 12/15/2011   **Expires:** 12/15/2016

**Examiner of Record:** Mr Roger A Conrad

*ACI Managing Director of Certification*

*The Authenticity of this certification can be verified at www.ACICertification.org/verify*