# EXHIBIT 8

# Eastern Michigan University
## Center for Organizational Risk Reduction

*This certificate is awarded to*

# Tim Drakeford

*in recognition of successful completion of*

## Trenching and Excavation
## Qualified Person (8 hours)

July 22, 2013



0.8 CEU

_____
Trainer

_____
Director, Professional Programs & Training

# Certificate of Completion

This certificate is awarded to

**DIRECT CONSTRUCTION SERVICES/DRAKEFORD GROUP**

In recognition of successfully completing the

**U.S. Department of Transportation's Bonding Education Program**

On December 6th, 2017 in Detroit, Michigan

Roberto Escalante, MBA
Executive Director
USDOT Great Lakes Region SBTRC

Lisa S. Thompson, Administrator
Office of Business Development
MDOT







MDOT — Michigan Department of Transportation

SOUTHWEST DETROIT BUSINESS ASSOCIATION

U.S. Department of Transportation
Office of Small and Disadvantaged Business
Great Lakes Region Small Business Transportation Resource Center