**EXHIBIT 9**



**U.S. Department of Transportation**
**Federal Highway Administration**

# National Highway Institute
## Certificate of Training

# Timothy Drakeford

*has participated in*

NHI Course No. FHWA-NHI-134106

**TCCC Basic Construction Surveying – WEB-BASED**

*hosted by*

## National Highway Institute

*Location:* Web-Based Course       *Hours of Instruction:* 3 hours

*Date:* 6/14/2013

Richard J. Barnaby, Director
National Highway Institute





U.S. Department of Transportation
**Federal Highway Administration**

NATIONAL HIGHWAY INSTITUTE
*Training Solutions for Transportation Excellence*

# National Highway Institute
## Certificate of Training

# Timothy Drakeford

*has participated in*

NHI Course No. FHWA-NHI-134108F

TCCC Plan Reading: County Plans - WEB-BASED

*hosted by*

## National Highway Institute

*Location:* Web-Based Course   *Hours of Instruction:* 1 hours

*Date:* 6/11/2013

Richard J. Barnaby, Director
National Highway Institute





# National Highway Institute

## Certificate of Training

**TIMOTHY DRAKEFORD**

*has participated in*

SAFETY INSPECTION OF IN-SERVICE BRIDGES
(NHI 10-Day Training Course #130055)

*hosted by*

ACEC OF MICHIGAN

**Hours of Instruction:** ▬▬▬

_____
Local Coordinator

_____
Richard Barnaby, Director
National Highway Institute

**Date:** October 17 – 28, 2011
**Location:** Lansing, Michigan

_____
Instructor

_____
Instructor



U.S. Department Of Transportation
Federal Highway Administration



# National Highway Institute

## Certificate of Training

**Tim Drakeford**

*has participated in*

**FHWA-NHI-130078**

*Fracture Critical Inspection Techniques for Steel Bridges*

*hosted by*

*Michigan Department of Transportation*

**Hours of Instruction:** 28

_____
Local Coordinator

Richard Barnaby, Director
National Highway Institute

*Date:* April 16-19, 2013
*Location:* Lansing, Michigan

_____
Instructor

_____
Instructor

U.S. Department Of Transportation
**Federal Highway Administration**



# National Highway Institute
## Certificate of Training

Timothy Drakeford

*has participated in*

NHI Course No. 132091

**Earthwork Series: Grades and Grading**

*hosted by*

## National Highway Institute

*Hours of Instruction:* 3.5 hours

Richard J. Barnaby, Director
National Highway Institute

*Location:* Web-based Course
*Date:* June 14, 2013



U.S. Department Of Transportation
**Federal Highway Administration**





U.S. Department of Transportation
Federal Highway Administration



NATIONAL HIGHWAY INSTITUTE

# National Highway Institute
## Certificate of Training

# Timothy Drakeford

*has participated in*

NHI Course No. FHWA-NHI-132091

TCCC Earthwork Series: Grades and Grading - WEB-BASED

*hosted by*

National Highway Institute

*Hours of Instruction:* 3.5 hours

Richard J. Barnaby, Director
National Highway Institute

*Location:* Web-Based Course

*Date:* 6/14/2013





U.S. Department of Transportation
**Federal Highway Administration**

# National Highway Institute
## Certificate of Training

# Timothy Drakeford

*has participated in*

NHI Course No. FHWA-NHI-132093

TCCC Earthwork Series: Fill Placement - WEB-BASED

*hosted by*

# National Highway Institute

*Location:* Web-Based Course

*Date:* 7/16/2013

*Hours of Instruction:* 5.5 hours

Richard J. Barnaby, Director
National Highway Institute




U.S. Department of Transportation
Federal Highway Administration

# National Highway Institute

## Certificate of Training

# Timothy Drakeford

*has participated in*

NHI Course No. FHWA-NHI-134108G

**TCCC Plan Reading: Bridge Plans – WEB-BASED**

*hosted by*

## National Highway Institute

*Location:* Web-Based Course

*Date:* 6/11/2013

*Hours of Instruction:* 1.5 hours

Richard J. Barnaby, Director
National Highway Institute



# National Highway Institute
## Certificate of Training

# Timothy Drakeford

*has participated in*

NHI Course No. FHWA-NHI-134006A

Introduction to Utility Coordination for Highway Projects--WEB-BASED

*hosted by*

# National Highway Institute

*Hours of Instruction:* 3.5 hours

Richard J. Barnaby, Director
National Highway Institute

*Location:* Web-Based Course

*Date:* 12/20/2013



U.S. Department of Transportation
Federal Highway Administration



# National Highway Institute

## Certificate of Training

**Timothy Drakeford**

*has participated in*

NHI Course No. FHWA-NHI-131117

**TCCC Basic Materials for Highway and Structure Construction and Maintenance - WEB-BASED**

*hosted by*

**National Highway Institute**

*Hours of Instruction:* 3 hours

Richard J. Barnaby, Director
National Highway Institute

*Location:* Web-Based Course

*Date:* 12/23/2013



U.S. Department of Transportation
Federal Highway Administration



# National Highway Institute
## Certificate of Training

# Timothy Drakeford

*has participated in*

NHI Course No. FHWA-NHI-134074

**TCCC Bolted Connections – WEB-BASED**

*hosted by*

## National Highway Institute

*Hours of Instruction:* 2 hours

Richard J. Barnaby, Director
National Highway Institute

*Location:* Web-Based Course

*Date:* 12/11/2013



U.S. Department of Transportation
Federal Highway Administration



# National Highway Institute

## Certificate of Training

# Timothy Drakeford

*has participated in*

NHI Course No. FHWA-NHI-132084

**Geotechnical Subsurface Exploration - WEB-BASED**

*hosted by*

## National Highway Institute

*Location:* Web-Based Course    *Hours of Instruction:* 6 hours

*Date:* 12/18/2013

Richard J. Barnaby, Director
National Highway Institute



U.S. Department of Transportation
Federal Highway Administration



# National Highway Institute
## Certificate of Training

# Timothy Drakeford

*has participated in*

NHI Course No. FHWA-NHI-132092

TCCC Earthwork Series: Excavation - WEB-BASED

*hosted by*

# National Highway Institute

*Hours of Instruction:* 4.5 hours

Richard J. Barnaby, Director
National Highway Institute

*Location:* Web-Based Course

*Date:* 7/1/2013



U.S. Department of Transportation
**Federal Highway Administration**



U.S. Department of Transportation
**Federal Highway Administration**



NATIONAL HIGHWAY INSTITUTE
Training Solutions for Transportation Excellence

# National Highway Institute

## Certificate of Training

# Timothy Drakeford

*has participated in*

NHI Course No. FHWA-NHI-134108D

**TCCC Plan Reading: Erosion and Sediment Control Plans – WEB-BASED**

*hosted by*

**National Highway Institute**

*Location:* Web-Based Course

*Date:* 6/11/2013

*Hours of Instruction:* 0.5 hours

Richard J. Barnaby, Director
National Highway Institute



# National Highway Institute
## Certificate of Training

**Timothy Drakeford**

*has participated in*

NHI Course No. FHWA-NHI-133116

TCCC Maintenance of Traffic for Technicians – WEB BASED

*hosted by*

**National Highway Institute**

Hours of Instruction: 5 hours

Richard J. Barnaby, Director
National Highway Institute

Location: Web-Based Course

Date: 6/4/2013



U.S. Department of Transportation
Federal Highway Administration



# National Highway Institute

## Certificate of Training

# Timothy Drakeford

*has participated in*

NHI Course No. FHWA-NHI-134108G

TCCC Plan Reading: Bridge Plans - WEB-BASED

*hosted by*

## National Highway Institute

*Hours of Instruction:* 1.5 hours

Richard J. Barnaby, Director
National Highway Institute

*Location:* Web-Based Course

*Date:* 6/11/2013



U.S. Department of Transportation
Federal Highway Administration