# EXHIBIT 10

# Certificate of Special Congressional Recognition



Presented to

**Timothy Drakeford, Direct Construction Services/Drakeford Group**

In Recognition of

**2018 Bonding and Education Program Graduate Presented by Michigan Department of Transportation**

March 27th, 2018
DATE

BRENDA L. LAWRENCE
MEMBER OF CONGRESS
FOURTEENTH DISTRICT, MICHIGAN