# EXHIBIT 12



buildingdetroit.org

December 19, 2016
**Via Certified and Electronic Mail**

Direct Construction Services, LLC
5741 Roosevelt St.
Detroit, MI 48208

      RE: STOP WORK ORDER, STRUCTURAL DEMOLITION PACKAGES 4.7.2016 A,
      4.7.2016 B AND ANY ADDITIONAL INCOMPLETE WORK

Mr. Tim Drakeford:

Due to an ongoing investigation by the Office of the Inspector General of the City of Detroit into work performed by Direct Construction Services, LLC, Direct is hereby **Notified and Ordered to STOP WORK** on all properties in Demolition packages 4.7.2016 A, 4.7.2016 B and any additional incomplete work until further notice from this office.

This order is a complete Stop Work Order. You must **STOP WORK IMMEDIATILY.**

The Detroit Land Bank will contact you if and when the STOP WORK ORDER is lifted.

Sincerely,

Pura Bascos
Director of Demolition
Detroit Land Bank Authority
(313) 888-9089
pbascos@detroitlandbank.org

1