# EXHIBIT 13



1301 Third Street • Suite 328 • Detroit, MI 48226 • 313-224-0174 phone • 313-224-4998 fax

**Policy on Contractor Discipline**  
Effective Date: December 22, 2016

**Policy # 2016–1.4**

*This policy describes the penalties to be imposed by the City of Detroit and the Detroit Land Bank Authority (DLBA) should a contractor fail to perform any required component of the abatement, demolition, reporting or invoicing process. This Policy supersedes any and all earlier iterations of Policy #2016–1.*

Contractual requirements, including reporting and invoicing, are mandatory components of successfully completed work for any City of Detroit or DLBA contract which is managed by the Detroit Building Authority (DBA).

This policy puts in place a program by which contractors (and their approved subcontractors) who have not met mandatory components of work will be disqualified from bidding on or being awarded work for any City of Detroit or DLBA demolition project for certain periods of time.

1. The City of Detroit, the DLBA, and the DBA may consider a contractor to be in a **state of default** in the event of any of the following:

   1.1. Issuance of a Notice of Violation from the Michigan Department of Environmental Quality (MDEQ) or the Michigan Occupational Safety and Health Administration (MIOSHA) for work performed within the City of Detroit. A Health and Safety violation letter from DBA/DLBA will not be issued until asbestos findings have been verified as positive by MDEQ or MIOSHA.

   1.2. DBA field staff observe and document a contractor or their sub-contractor failing to:

      (a) use water during the demolition process (including load out),
      (b) fence the demolition site, or
      (c) cant the open hole, or
      (d) failure to attain proper approvals or use of unauthorized backfill materials.

   The DBA will issue a **Health and Safety Violation** to a contractor in response to any of the events identified above, and the Violation will result in immediate disqualification from bidding on or being awarded any demolition work for the City of Detroit or the DLBA for a period of 30 days from the day after expiration of the appeal period for any Health and Safety Violation or, as applicable, from the date of denial of any appeal. The DBA will transmit the Violation through e-mail to the contractor's designated point(s)-of-contact. A second Health and Safety Violation issued within a year period will result in a 90-day disqualification from bidding on or being awarded any demolition work for the City of Detroit or the DLBA. A third Health and Safety Violation within a year period will result in a 360-day disqualification from bidding on or being awarded any demolition work for the City of Detroit or the DLBA. Upon receipt of a third Health and Safety Violation within a year period, the City of Detroit or the DLBA may terminate all existing contracts for demolition work. If there are more than (3) violations within a year, the total disqualification period will not exceed 480 calendar days. Based on new supporting information, i.e. MDEQ findings, or the recommendation of the DBA/DLBA appeal board, a contractor may have their suspension reviewed. See below summary table;

   **Notice of Violations/Health and Safety Violations**

   | Violation number | Suspension days | Suspension Review Days if approved by appeal board | Disqualified from bidding on new contracts | Termination of all contracts and demo work |
   |---|---|---|---|---|
   | 1st | 30 | none | yes | no |
   | 2nd | 90 | Every 30 days | yes | no |
   | 3rd | 360 | Every 90 days | yes | yes* |

   *May be adjusted based on recommendation of DBA/DLBA Appeal Board

2. The City of Detroit, the DLBA, and the DBA may consider a contractor to be in a **state of default** if a contractor accrues three (3) Citations in any thirty (30) day period. Contractors who are in a state of default will be disqualified from bidding on or being awarded any demolition work for the City of Detroit or the DLBA for thirty days from the day after expiration of the appeal period for any Citation or, as applicable, from the date of denial of any appeal. Also, (6) Citations in a sixty (60)

2



**1301 Third Street • Suite 328 • Detroit, MI 48226 • 313-224-0174 phone • 313-224-4998 fax**

day period will result in a 90 day suspension. The DBA will issue Citations in the form of a written **Letter of Disappointment**. The DBA will transmit the Letter through e-mail to the contractor's designated point(s)-of-contact. A Letter may contain multiple Citations. The DBA will issue Citations including but not limited to any of the following:

2.1. Failure to hang demolition posters

2.2. Failure to complete the demolition (knock down to final grade request) within the contracted time
  a) Residential-30 days
  b) Commercial- based on schedule submitted by the contractor at the time of bid.

2.3. Improperly installed (i.e. falling or sagging) fencing

2.4. Failure to report all required data on Salesforce by the prescribed deadlines

2.5. Failure to submit a complete (with all supporting documentation) and correct invoice within 30 calendar days of final/winter grade inspection approval.

2.6. Failure to comply with the requirements of the Scope of Services that are not covered elsewhere in this document.

**Letter of Disappointment-Summary**

| Violation number | Suspension days | Allowed to work on current contract(s) | Disqualified from bidding on new contracts |
|---|---|---|---|
| 1st | none | yes | no |
| 2nd | none | yes | no |
| 3rd | 30 | yes | yes |
| 6 within 60 days | 90 | yes | yes |

3. Example:

- The DBA issues Citations to Contractor XYZ which take effect on three separate dates for three separate Citations. As a result, Contractor XYZ loses the ability to bid on any RFP package for a period of 30 calendar days following the date indicated on the latest Letter of Disappointment.

- Citations were issued as follows:
  - January 6:    C-1 issued for failure to complete demolition within the contracted time.
  - January 10:   C-2 issued for an improperly installed fence.
  - January 30:   C-3 issued for failure to report data on Salesforce

- The City of Detroit has RFP's due on February 3rd & March 1st, and the DLBA has an RFP due on February 17th.

- *Contractor XYZ is disqualified from bidding on the February 3rd and February 17th RFP.*

| 6-Jan | 7-Jan | 8-Jan | 9-Jan | 10-Jan | 11-Jan | 12-Jan | 13-Jan | 14-Jan | 15-Jan | 16-Jan | 17-Jan | 18-Jan | 19-Jan | 20-Jan | 21-Jan | 22-Jan | 23-Jan | 24-Jan | 25-Jan | 26-Jan | 27-Jan | 28-Jan | 29-Jan | 30-Jan | 31-Jan | 1-Feb | 2-Feb | 3-Feb | 4-Feb | 5-Feb | 6-Feb | 7-Feb | 8-Feb | 9-Feb | 10-Feb | 11-Feb | 12-Feb | 13-Feb | 14-Feb | 15-Feb | 16-Feb | 17-Feb | 18-Feb | 19-Feb | 20-Feb | 21-Feb | 22-Feb | 23-Feb | 24-Feb | 25-Feb | 26-Feb | 27-Feb | 28-Feb | 29-Feb | 1-Mar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LOD #1 | | | | LOD #2 | | | | | | | | | | | | | | | | | | | | LOD #3 | | | | RFP Due | | | | | | | | | | | | | | RFP Due | | | | | | | | | | | | | | RFP Due |

4. Contractors who elect to submit bids during periods of disqualification will have their bids rejected and returned unopened. Contractors will be disqualified from being awarded any City of Detroit or DLBA work if the contractor has been disqualified on or before the date of the public bid opening for a particular RFP.



1301 Third Street • Suite 328 • Detroit, MI 48226 • 313-224-0174 phone • 313-224-4998 fax

Within **seven (7) calendar days of transmittal**, a contractor may appeal any Notice of Violation, Health and Safety Violation or Citation. The Appeal Board will review and determine if the contractor is responsible (substantiated) or not responsible (unsubstantiated). If the contractor is found responsible, the appeal board members can modify the suspension associated with the violation based on mitigating circumstances. The Chairman of the appeal board will transmit the decision to the contractor during the board hearing. Appeal requests not received within 10 calendar days of the current month's appeal board hearing will be heard at the following month's hearing.

5. When appealing a Citation or Health and Safety Violation, contractors may challenge the alleged offense by posting dated photographs on the appropriate case in Salesforce as evidence of compliance with any of the field issues enumerated in 1.2 or 2.1 – 2.3 above.

6. If it has been determined that a contractor has engaged in making False Representations or involved in Fraudulent activities the following actions will be initiated:
   - A Stop Work Order will be issued.
   - Contractor will be disqualified from bidding on or being awarded work for any City of Detroit or DLBA demolition project pending outcome of investigation by the appropriate authority.
   - All existing contracted work may be terminated pursuant to terms of agreement between the contractor and the City of Detroit and DBA/DLBA.
   - Contractor may not appeal this violation.

7. Wrongful Demolition of property will result in:
   - Contractor may receive a 90 day suspension
   - May be disqualified from bidding on or being awarded work for any City of Detroit or DLBA demolition project.
   - Will be allowed to continue/complete work on current executed contract(s).
   - Contractor may appeal the citation

8. If a property is knocked without a Notice to Proceed the following actions will be initiated:
   - Contractor will receive a 120 day suspension
   - Forfeiture of payment will be imposed
   - Will be disqualified from bidding on or being awarded work for any City of Detroit or DLBA demolition project.
   - Will be allowed to continue/complete work on current executed contract(s).
   - Contractor may not appeal this type of violation.

## Summary

| Violation type | Suspension days | Allowed to work on current contract(s) | Disqualified from bidding on new contracts | Termination of all contracts and demo work |
|---|---|---|---|---|
| False Representation/Fraud | Based on pending investigation | no | yes | yes |
| Wrongful Demo | 90 | yes | yes | no |
| Knocked w/o NTP | 120 | yes | yes | no |