# EXHIBIT 14



**Building
Detroit**

Powered by the Detroit Land Bank Authority

February 17, 2017

Timothy Drakeford
5741 Roosevelt St.
Detroit, MI 48208

Re:   MODIFIED STOP WORK ORDER: (RFP Groups: 4.7,2016A, 4.7.2016B,
11.12A, R&R 11.24, 12.22C)

Dear Mr. Drakeford:

This letter is written in response to the numerous conference calls and inquiries made by you or someone on behalf of Direct Construction regarding the completion of all outstanding work contracted with the DLBA. After reviewing the City of Detroit Office of Inspector General's recommendation and findings, along with our records and conferring with MSHDA, we have determined the path forward in resolving all work assigned to Direct Construction.

First, for any of the properties listed on Attachment 1, where work had not commenced prior to the December 19, 2016, Stop Work Order, Direct will not be allowed to start any work on these properties. **The December 19, 2016, Stop Work Order remains in place for all the properties on Attachment 1.** These properties are being pulled from the various contracts and will be rebid.

Second, MHSDA has advised that they will not reimburse for any work associated with the five (5) properties investigated by the City of Detroit Office of Inspector General where the sidewalks were determined to have been "photo shopped."

Third, for any of the properties that are "in-process" and require sidewalk replacement or finish work, Direct will be allowed to complete these properties and submit an invoice for payment. In light of the Inspector General's report and recommendation, payment will only be allowed after the DLBA has taken additional steps to confirm that all work has been completed in a professional and satisfactory manner, and Direct has provided a complete and accurate invoice. Specifically, our records reflect that Direct has been paid for the properties listed on Attachment 2, however as the document reflects, all the properties require either a sidewalk replacement and/or finish work. Please note that the DLBA cannot seek reimbursement for these properties until the sidewalks and/or finish work has been completed in a satisfactory manner. Please also note that the DLBA will not pay on any additional invoices until the properties on Attachment 2 have been completed.

4

Finally, the properties listed on Attachment 3 have been demolished, however, sidewalk replacement and/or finish work is required and remains incomplete.  Direct has not issued an invoice for these properties.  Upon completion of the properties listed in Attachment 3, in a manner deemed satisfactory and complete by the DLBA, and after Direct has completed the work on Attachment 2, then Direct may submit complete and accurate invoices, and the DLBA will process them for payment.

The DLBA is hopeful that the resolution outlined above will bring all outstanding issues to a close, and that Direct will proceed to complete the properties as detailed on Attachment 2 and 3 as expeditiously as possible.

Please feel free to contact me with any questions or concerns at (313)502-5270.

Respectfully,

Tammy Daniels
Deputy General Counsel
Detroit Land Bank Authority
(313) 502-5270
tdaniels@detroitlandbank.org