UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DIRECT CONSTRUCTION SERVICES, LLC,
a Michigan non-proift corporation, and
TIMOTHY DRAKEFORD,   Case No. 18-cv-12356

        Plaintiffs,

                                Paul D. Borman
v.   United States District Judge

CITY OF DETROIT, et al.,

        Defendants.
_____/

## ORDER REQUIRING DIRECT CONSTRUCTION SERVICES, LLC TO DISCLOSE ITS INDIVIDUAL MEMBERS

The Court Orders Plaintiff Direct Construction Services, LLC ("Direct Services") to submit to the Court, on or before August 17, 2018, the identities of each individual member of Direct Services. In the event that any member is a partnership or a limited liability company, Direct Services shall further identify the individual members of each of those entities, and so on until each individual of any entity is disclosed by name.

Direct Services may submit this information either in an email to the Court's case manager, Deborah Tofil, deborah_tofil@mied.uscourts.gov, or in a hard copy

1

delivered to the Court.  This information need not be filed on the Court's docket.

IT IS SO ORDERED.

                          s/Paul D. Borman
                          PAUL D. BORMAN
                          UNITED STATES DISTRICT JUDGE

Dated:  August 6, 2018

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on August 6, 2018.

                          s/Deborah Tofil
                          Case Manager