AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 2:18-cv-12356
Hon. Paul D. Borman

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Detroit Land Bank Authority was received by me on *(date)* August 3, 2018.

❏ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* City of Detroit Law Department, who is designated by law to accept service of process on behalf of *(name of organization)* Detroit Land Bank Authority on *(date)* August 6, 2018 ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):* _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: August 6, 2018

/s/Darlene Flowers
*Server's signature*

Darlene Flowers
*Printed name and title*

2727 Second Ave, Suite 111, Detroit, MI 48201
*Server's address*

Additional information regarding attempted service, etc:

# FedEx

782143504574

## Delivered
### Monday 8/06/2018 at 9:28 am

**DELIVERED**

Signed for by: S.SCARBORO

**GET STATUS UPDATES**

**OBTAIN PROOF OF DELIVERY**

**FROM**
Detroit, MI US

**TO**
DETROIT, MI US

8/06/2018 - Monday

9:28 am

Delivered

Detroit, MI

Expand History

8/03/2018 - Friday

7:04 pm

Shipment information sent to FedEx

Ask FedEx

**OUR COMPANY**

About FedEx

Our Portfolio

Investor Relations

Careers

FedEx Blog

Corporate Responsibility

Newsroom

```
FedEx 2Day AM
 782143489607    3.3 lbs. (S)      23.11
    Declared Value   100

Recipient Address:
    Detroit Building Auth.
    c/o City of Det Law Dept.
    2 Woodward Ave Suite 500
    Detroit, MI 48226
    0000000000


Scheduled Delivery Date 08/07/2018

Pricing option:
    STANDARD RATE

Package Information:
    FEDEX PAK
```

```
FedEx 2Day AM
 782143504574    3.3 lbs. (S)      23.11
    Declared Value   100

Recipient Address:
    c/o City of Det Law Dept
    Detroit Land Bank Auth.
    2 Woodward Ave Suite 500
    Detroit, MI 48226
    0000000000


Scheduled Delivery Date 08/07/2018

Pricing option:
    STANDARD RATE

Package Information:
    FEDEX PAK
```