AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 2:18-cv-12356
Hon. Paul D. Borman

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Michael Edward Duggan
was received by me on *(date)* August 2, 2018 .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* Cathy Garrett, City Clerk , who is
designated by law to accept service of process on behalf of *(name of organization)* City of Detroit
_____ on *(date)* August 2, 2018 ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify)*: _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: August 2, 2018        /s/Darlene Flowers
                            *Server's signature*

                            Darlene Flowers
                            *Printed name and title*

                            2727 Second Ave, Suite 111, Detroit, MI 48201
                            *Server's address*

Additional information regarding attempted service, etc: