AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 2:18-cv-12356
Hon. Paul D. Borman

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* TAMMY DANIELS
was received by me on *(date)* 10/30/2018.

☐ I personally served the summons on the individual at *(place)* 500 GRISWOLD STE 1200
on *(date)* 10/30/2018 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 10/30/2018

Jerome D Goldberg
Server's signature

JEROME D GOLDBERG P61675
Printed name and title

2727 SECOND AVE. STE 111
DETROIT MI 48201
Server's address

Additional information regarding attempted service, etc: